| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

JOSEPH CONFESSORE, §
§
      *Plaintiff*, §
§
*versus* § CIVIL ACTION NO. 1:22-CV-302
§
HOOD, *et al.*, §
§
      *Defendants*. §
§

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Joseph Confessore ("Plaintiff") brought this lawsuit against Defendants alleging civil rights violations under 42 U.S.C. § 1983. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On January 17, 2023, the magistrate judge entered a Report and Recommendation (#49) in which she recommended granting Defendants John Kimbrough, K.C. Breshears, Ronnie Bennett, Bianca Tristan, Wesley Ross, and Rebecca Smith's [hereinafter "Orange County Defendants"] Motion to Dismiss (#42) and dismissing all claims against the Orange County Defendants. To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#49) is **ADOPTED**. The Orange County Defendants' Motion to Dismiss (#42) is **GRANTED**. All claims against the Orange County Defendants are **DISMISSED**.

SIGNED at Beaumont, Texas, this 10th day of February, 2023.

*[signature]*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE