| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JOSEPH CONFESSORE, §
　§
　*Plaintiff*, §
　§
*versus* §  CIVIL ACTION NO. 1:22-CV-302
　§
HOOD, *et al.*, §
　§
　*Defendants*. §

## FINAL JUDGMENT

Pursuant to the court's Order Adopting the Report and Recommendation of the United States Magistrate Judge, it is **CONSIDERED**, **ORDERED**, and **ADJUDGED** that Plaintiff's claims are dismissed in their entirety. The clerk of the court is directed to **CLOSE** this case.

**THIS IS A FINAL JUDGMENT**.

SIGNED at Beaumont, Texas, this 10th day of February, 2023.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE